MGD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan De La Cruz, | No. CV-21-08253-PCT-SPL (ASB) |
| Plaintiff, | |
| v. | **ORDER** |
| Navajo County, et al., | |
| Defendants. | |

On August 5, 2025, the Court granted Defendants' Motion for Summary Judgment and dismissed this action with prejudice. (Doc. 143.) The Clerk of Court entered Judgment that same day. (Doc. 144.) On August 19, 2025, Defendants filed their Bill of Costs. (Doc. 145.)

On August 27, 2025, Plaintiff filed a Motion requesting a copy of the Judgment and for an extension of time to file a motion for reconsideration. (Doc. 147.) Plaintiff asserts that on August 20, 2025, he received a Bill of Costs stating that a Judgment was entered on August 5, 2025, but he never received the Judgment and has not been given a chance to appeal the Judgment. (*Id.*) Plaintiff asks the Court to re-send the Judgment so he may appeal. (*Id.*) On September 3, 2025, Plaintiff filed a Motion to Extend Time for Filing Brief, asking that the Court extend the deadline for filing a motion to reconsideration because he never received the Court's "Respon[s]e" to Defendants' Motion for Summary

Judgment.[1]  (Doc. 148.)  Plaintiff asks that the Court extend the deadline to October 6, 2025.

The Court will grant both Motions to the extent it will direct the Clerk of Court to re-send the August 5, 2025 summary judgment Order and Judgment to Plaintiff and will provide Plaintiff a fourteen-day extension of time to file a motion for reconsideration since Local Rule of Civil Procedure 7.2(g)(2) only allows fourteen days for filing motions for reconsideration, absent good cause.

**IT IS ORDERED:**

(1)    The reference to the Magistrate Judge is withdrawn as to Plaintiff's Motions (Docs. 147, 148), and the Motions are **granted**.

(2)    The Clerk of Court **must re-send** a copy of the Court's August 5, 2025 Order (Doc. 143) and Judgment (Doc. 144) to Plaintiff.

(3)    Plaintiff has **fourteen (14) days** from the date of this Order to file any motion for reconsideration of the Court's August 5, 2025 Order.

Dated this 5th day of September, 2025.

Honorable Steven P. Logan
United States District Judge

---

[1] Although Plaintiff only states in the first Motion that he did not receive the Judgment, the Court presumes from the context of both Motions that Plaintiff also did not receive the Court's summary judgment Order issued on August 5, 2025.  Defendants' Bill of Costs only states that Judgment was entered on August 5, 2025 against Plaintiff, which may be why Plaintiff does not specifically request the summary judgment Order.